UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:01-CR-136-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM KELVIN MCCOLLUM | ) | |

Pending before the court is defendant's motion for a sentence reduction pursuant to 18

U.S.C. § 3582(c)(2). (DE # 54.) According to the Bureau of Prison's Inmate Locator,

http://www.bop.gov/inmateloc/ (last visited Dec. 16, 2014), defendant was released from federal

custody on 5 August 2014. Within 10 days hereof, defendant is DIRECTED to show cause why

his motion should not be denied as moot. If defendant fails to do so, the court will deny the

motion for a sentence reduction as moot.

This 16 December 2014.

_____

W. Earl Britt
Senior U.S. District Judge