UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:01-CR-136-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM KELVIN MCCOLLUM | ) | |

On 16 December 2014, the court directed defendant to show cause within 10 days why his motion for a sentence reduction should not be denied as moot. (DE # 61.) Defendant, who is represented by counsel, has not filed anything in response to that order. Because defendant has been released from federal custody, the motion for a sentence reduction, (DE # 54), is DENIED AS MOOT.

This 5 January 2015.

W. Earl Britt
Senior U.S. District Judge