# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                 v.                 Crim. No. 7:01-CR-136-1BR

**WILLIAM KELVIN MCCOLLUM**

      On August 5, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                /s/ Mark Culp  
Michael C. Brittain                        Mark Culp  
Supervising U.S. Probation Officer      U.S. Probation Officer  
                                                      150 Rowan Street Suite 110  
                                                      Fayetteville, NC 28301  
                                                      Phone: 910-354-2543  
                                                      Executed On: May 24, 2018

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   24   day of   May  , 2018.

                                                      W. Earl Britt  
                                                      Senior U.S. District Judge